## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELENE COMMUNICATION TECHNOLOGIES, LLC,<br><br>      Plaintiff,<br>  v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>      Defendant. | C.A. No. 14-535-SLR-SRF |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Selene Communication Technologies, LLC ("Plaintiff") and Defendant Hewlett-Packard Company ("Defendant"), having resolved Plaintiff's claims for relief against Defendant, hereby stipulate to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's defenses against Plaintiff without prejudice.  Plaintiff and Defendant will each bear their own costs and fees related to the above captioned matter and each waive the right to make a claim against the other for such costs, attorney's fees or any other expenses associated with the matters being resolved here.

1

Dated: October 15, 2014

| | |
|---|---|
| BAYARD, P.A. | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| /s/ *Stephen B. Brauerman* | /s/ *Jack B. Blumenfeld* |
| Richard D. Kirk (rk0922) | Jack B. Blumenfeld (#1014) |
| Stephen Brauerman (sb4952) | 1201 N. Market Street, 18th Floor |
| Vanessa R. Tiradentes (vt5398) | Wilmington, DE 19899-1347 |
| Sara E. Bussiere (sb5725) | (302) 658-9200 |
| 222 Delaware Avenue, Suite 900 | jblumenfeld@mnat.com |
| Wilmington, DE 19801 | |
| (302) 655-5000 | *Counsel for Defendant Hewlett-Packard Co.* |
| rkirkd@bayardlaw.com | |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | |

*Counsel for Plaintiff*
*Selene Communication Technologies, LLC*

 

IT IS SO ORDERED this \_\_\_\_day of October, 2014.

 

_____
The Honorable Sue L. Robinson
United States District Judge